**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1026**

THURMOND R. GUESS, SR.,

　　　　Plaintiff - Appellant,

　　v.

DANIEL COBLE, as Richland County Circuit Court; MORGAN STUART STOUT; TRAVELERS, Insurance Company Property, Casualty insurance company; BRETT BAYNE,

　　　　Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Mary G. Lewis, District Judge.  (3:24-cv-00068-MGL)

Submitted:  May 22, 2025　　　　　　　　　　　　　Decided:  May 28, 2025

Before KING, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thurmond R. Guess, Sr., Appellant Pro Se.  Nathaniel Edwin Akers, HOWELL, GIBSON & HUGHES, PA, Beaufort, South Carolina; Margaret Urbanic, CLAWSON & STAUBES, LLC, Charleston, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thurmond R. Guess, Sr., appeals the district court's order accepting in part the recommendation of the magistrate judge and dismissing without prejudice Guess's 42 U.S.C. § 1983 complaint, and a subsequent order denying Guess's Fed. R. Civ. P. 59(e) motion for reconsideration.[*]  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders.  *Guess v. Coble*, No. 3:24-cv-00068-MGL (D.S.C. Aug. 22, 2024; Dec. 12, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court's dismissal without prejudice is a final order because the court dismissed the complaint "without granting leave to amend." *Britt v. DeJoy*, 45 F.4th 790, 791 (4th Cir. 2022) (en banc) (order).

2